(March 25, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JOYNER, Appellant.—Judgment, Supreme Court, New York County, rendered on January 31, 1977, unanimously affirmed. Counsel's motion to withdraw is dismissed as academic in view of our affirmance based upon our review of the record and the issues raised in the *pro se* brief filed herein, which issues we find to be without merit. Concur—Murphy, P. J., Birns, Fein, Markewich and Lupiano, JJ.

■ ROBERT V. HAIM, an Ancillary Administrator of the Estate of DAVID HAIM, Deceased, et al., Respondents, v LETTY FUND et al., Appellants.—Resettled order and judgment (one paper), Supreme Court, New York County, entered on June 27, 1979, and the order of said court entered on June 19, 1979, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of these appeals. The appeal from the order and judgment (one paper) entered May 17, 1979 is dismissed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Sandler, Lupiano and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JACKSON, Appellant.—Judgment, Supreme Court, New York County, rendered on February 22, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Sullivan and Bloom, JJ.

■ THE RECTOR, CHURCHWARDENS AND VESTRYMEN OF THE PARISH OF CALVARY, HOLY COMMUNION AND ST. GEORGE'S IN THE CITY OF NEW YORK, Respondents, v STEPHEN HOPKINS et al., Appellants, and ROBERT ABRAMS, as Attorney-General of the State of New York, Respondent.—Order, Supreme Court, New York County, entered on November 13, 1979, unanimously affirmed on the opinion of Ascione, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Sullivan, Silverman, Lynch and Carro, JJ.

■ CENTRAL STATE BANK, Plaintiff, v ARTHUR WAGNER et al., Defendants and Third-Party Plaintiffs-Appellants. FUGAZY CONTINENTAL CORP. OF CONNECTICUT, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered on December 12, 1979, unanimously affirmed, without costs and without disbursements. The parties are directed to proceed to immediate trial. No opinion. Concur—Kupferman, J. P., Fein, Sandler, Bloom and Yesawich, JJ.

■ BAER AMERICAN BANKING CORPORATION, Plaintiff, v FRANCINE FARKAS, Also Known as FRANCINE D. MOSS-FARKAS, et al., Defendants. FRANCINE FARKAS, Also Known as FRANCINE D. MOSS-FARKAS, Third-Party Plaintiff-Respondent, v BAER AMERICAN BANKING CORPORATION et al., Third-Party Defendants. GARMENT PRODUCTION CONTROL ESTABLISHMENT, Third-Party Defendant-Appellant.—Order, Supreme Court, New York County, entered on August 24, 1979, unanimously affirmed on the opinion of Dontzin, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Fein, Sandler, Bloom and Yesawich, JJ.

■ BANKERS TRUST COMPANY, Respondent, v CHARLES H. KRAFT et al., Defendants, and JAMES L. FALLON et al., Appellants.—Appeal from order,